# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH VALDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COX COMMUNICATIONS LAS VEGAS, INC., VIDEO INTERNET PHONE INSTALLS, INC., QUALITY COMMUNICATIONS, INC., SIERRA COMMUNICATIONS, CO.,<br><br>Defendants. | 2:09-CV-01797-PMP-RJJ<br><br>**ORDER** |

Before the Court for consideration is Defendants' Joint Motion and Petition for Certification of An Interlocutory Appeal, to Amend Interlocutory Order to Include Statement Required by 28 U.S.C. § 1292(b), and to Stay Distribution of Notice of Pendency Pending Outcome of the Appeal (Doc. #114), filed on July 9, 2010.

By this motion Defendants seek interlocutory review before the Ninth Circuit Court of Appeals of this Court's Order (Doc. #112) for a determination whether, when the lone named Plaintiff (Valdez) is disqualified from acting as the Class Representative in a collective action lawsuit under the Fair Labor Standards Act, and there is no other named Plaintiff representative to act on behalf of the class: (1) distribution of notice of pendency of the action to putative class members is

precluded, and (2) whether the collectative action should be dismissed, leaving the lone named Plaintiff (Valdez) to proceed individually on his claims.

Finding that the issues proposed for interlocutory review raise serious questions which are potentially case dispositive, the Court concludes that Defendants' joint motion should be granted.

**IT IS THEREFORE ORDERED that** Defendants' Joint Motion and Petition for Certification of An Interlocutory Appeal, to Amend Interlocutory Order to Include Statement Required by 28 U.S.C. § 1292(b), and to Stay Distribution of Notice of Pendency Pending Outcome of the Appeal (Doc. #114) is **GRANTED**.

**IT IS FURTHER ORDERED that** distribution of the *NOTICE OF PENDENCY OF COLLECTIVE ACTION LAWSUIT UNDER THE FAIR LABOR STANDARDS ACT* is hereby stayed pending resolution of the Interlocutory Appeal before the Ninth Circuit Court of Appeals.

**IT IS FURTHER ORDERED that** Defendants shall initiate the Interlocutory Appeal permitted by this Order not later than **October 1, 2010**.

**IT IS FURTHER ORDERED that** by granting Defendant's Motion for Interlocutory Appeal, the Court is not staying the 90 day re-opening of discovery on the issue of Defendant Cox's status as a joint employer, which is the subject of a separate Order entered this date.

DATED: September 13, 2010.

_____
PHILIP M. PRO
United States District Judge