# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH VALDEZ, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | 2:09-CV-01797-PMP-RJJ |
| vs. | **ORDER** |
| COX COMMUNICATIONS LAS VEGAS, INC., VIDEO INTERNET PHONE INSTALLS, INC., QUALITY COMMUNICATIONS, INC., SIERRA COMMUNICATIONS, CO., | |
| Defendants. | |

The Court having read and considered Plaintiff's fully briefed Motion for an Order Tolling the Statute of Limitations in Compliance with this Court's Orders of April 12, 2020 and June 30, 2010 and for an Award of Attorneys Fees (Doc. #119), filed on July 21, 2010, and good cause appearing,

**IT IS ORDERED that** Plaintiff's fully briefed Motion for an Order Tolling the Statute of Limitations (Doc. #119) is **DENIED**.

DATED: September 13, 2010.

PHILIP M. PRO
United States District Judge