# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH VALDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COX COMMUNICATIONS LAS VEGAS, INC., VIDEO INTERNET PHONE INSTALLS, INC., QUALITY COMMUNICATIONS, INC., SIERRA COMMUNICATIONS, CO.,<br><br>Defendants. | 2:09-CV-01797-PMP-RJJ<br><br>**ORDER** |

**IT IS ORDERED that** Defendant Cox Communications Las Vegas, Inc.'s Request for Entry of Scheduling Order Setting Forth a New Summary Judgment Briefing Schedule in Light of the Court's Order Re-Opening Discovery Pursuant to Rule 56(f) Regarding Whether Cox is a Joint Employer (Doc. #136), filed on September 16, 2010, is **GRANTED**, and that the following deadlines with respect to dispositive motions on the issue of Cox's status as a joint employer under the FLSA are hereby set as follows:

| | |
|---|---|
| Cox's deadline to file its summary judgment motion | January 21, 2011 |
| Plaintiff's deadline to file a summary judgment response | February 21, 2011 |
| Cox's deadline for filing a reply brief | March 8, 2011 |

///

///

**IT IS FURTHER ORDERED that** Plaintiff's Motion to Strike (Doc. #138) is **DENIED**.

**IT IS FURTHER ORDERED that** Defendants' Emergency Motion for Contempt and Sanctions Against Plaintiff's Counsel and to Enjoin Plaintiff's Counsel from Soliciting Plaintiff's Through the Dissemination of an Unauthorized Notice (Doc. #137) is **DENIED**.

DATED:  October 13, 2010.

_____
PHILIP M. PRO
United States District Judge