# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSEPH VALDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COX COMMUNICATIONS LAS VEGAS, INC., VIDEO INTERNET PHONE INSTALLS, INC., QUALITY COMMUNICATIONS, INC., SIERRA COMMUNICATIONS, CO.,<br><br>Defendants. | 2:09-CV-01797-PMP-RJJ<br><br>**<u>ORDER</u>** |

The Court having read and considered Plaintiff's fully briefed Motion to Certify to the Nevada Supreme Court a Question of State Law Raised in the Court's Order of September 13, 2010 (Doc. #146), filed on October 21, 2010, and good cause appearing,

**IT IS ORDERED that** Plaintiff Joseph Valdez' Motion to Certify to the Nevada Supreme Court a Question of State Law Raised in the Court's Order of September 13, 2010 (Doc. #146) is **DENIED**.

DATED: November 22, 2010.

_____
PHILIP M. PRO
United States District Judge