UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH VALDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COX COMMUNICATIONS LAS VEGAS, INC., VIDEO INTERNET PHONE INSTALLS, INC., QUALITY COMMUNICATIONS, INC., SIERRA COMMUNICATIONS, CO.,<br><br>Defendants. | 2:09-CV-01797-PMP-RJJ<br><br>**ORDER** |

The Court having read and considered Plaintiff's Emergency Motion to Stay Briefing on Motion of Defendant Cox for Summary Judgment (Doc. #195), filed on January 26, 2011, Defendant Cox Comminations Las Vegas, Inc.'s Opposition thereto, (Doc. #196) and Plaintiff's Reply (Doc. #197), and good cause appearing,

**IT IS ORDERED that** Plaintiff's Emergency Motion to Stay Briefing on Motion of Defendant Cox for Summary Judgment (Doc. #195) is **DENIED**, and Plaintiff's response to Defendant's Motion for Summary Judgement on the Issue of Joint Employer Liability (Doc. #191) shall be filed on or before **February 22, 2011**.

DATED: February 10, 2011.

_____
PHILIP M. PRO
United States District Judge