Dominica C. Anderson (SBN 2988)
Ryan A. Loosvelt (SBN 8550)
**DUANE MORRIS LLP**
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 702.868.2600
Facsimile: 702.385.6862
Email: dcanderson@duanemorris.com
rloosvelt@duanemorris.com

Annette A. Idalski
*Admitted Pro Hac Vice*
**CHAMBERLAIN HRDLICKA WHITE WILLIAMS & MARTIN**
191 Peachtree Street, NE, 34th Floor
Atlanta, GA 30303
Telephone: 404.658.5386
Facsimile: 404.659.1852
Email: annette.idalski@chamberlainlaw.com

Attorneys for Defendant COX COMMUNICATIONS LAS VEGAS, INC.

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH VALDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>COX COMMUNICATIONS LAS VEGAS, INC., VIP INSTALLS, INC., QUALITY COMMUNICATIONS, INC., SIERRA COMMUNICATIONS CO., and PARADIGM COMMUNICATIONS, INC.,<br><br>Defendants. | Case No. 2:09-CV-1797-PMP-RJJ<br><br>**NOTICE OF CHANGE OF ATTORNEY**<br><br>**[ELECTRONIC FILING NOTICE OF STATUS CHANGE]** |

TO: U.S. District Court;

TO: U.S. District Court CM/ECF System; and

TO: All parties and their counsel of record:

PLEASE TAKE NOTICE that Defendant COX COMMUNICATIONS LAS VEGAS, INC.,

1  requests that the Electronic Notice (E-file mailing) for this case be updated to reflect a change of
2  attorneys as follows:
3      1.    Attorney Lucas M. Gjovig is no longer associated with Duane Morris LLP, nor is he
4  an attorney to the within action and therefore his email address: lmgjovig@duanemorris.com can
5  and should be deleted from the case in the CM/ECF system for all future filings.
6      2.    Attorney Ryan A. Loosvelt is an associate of Duane Morris LLP, an attorney working
7  on this matter, and designated local counsel and therefore his email address:
8  rloosvelt@duanemorris.com should be added to this case in the CM/ECF system for all future
9  filings.

DATED: June 6, 2011

                            DUANE MORRIS LLP

                            By:  */s/ Ryan Loosvelt*
                                  Dominica C. Anderson (SBN 2988)
                                  Ryan A. Loosvelt (SBN 8550)

                            Attorneys for Defendant COX COMMUNICATIONS
                            LAS VEGAS, INC.

                            IT IS SO ORDERED.
                            _____
                            UNITED STATES MAGISTRATE JUDGE
                            DATE: JUNE 8, 2011

2
NOTICE OF CHANGE OF ATTORNEY

DM2\2868413.1 E8107/00005