# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH VALDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COX COMMUNICATIONS LAS VEGAS, INC., VIDEO INTERNET PHONE INSTALLS, INC., QUALITY COMMUNICATIONS, INC., SIERRA COMMUNICATIONS, CO.,<br><br>Defendants. | 2:09-CV-01797-PMP-RJJ<br><br>**ORDER** |

Before the Court for consideration is Plaintiff Valdez' Motion to Reargue This Court's Order of September 13, 2010 (Docket #133) Dismissing Claims Against Defendant Cox Communications Under N.R.S. § 608.150 (Doc. #194) filed January 25, 2011.

The Court finds that Plaintiff has not presented a compelling reason why the Court should reconsider its prior Order (Doc. #133), nor has Plaintiff presented new facts or law of a strongly convincing nature that would support reversing this Court's Order of September 13, 2010.

///

///

///

**IT IS THEREFORE ORDERED that** Plaintiff Valdez' Motion to Reargue This Court's Order of September 13, 2010 (Docket #133) Dismissing Claims Against Defendant Cox Communications Under N.R.S. § 608.150 (Doc. #194) is **DENIED**.

DATED: June 20, 2011.

PHILIP M. PRO
United States District Judge