**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JOSEPH VALDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COX COMMUNICATIONS LAS VEGAS, INC., VIDEO INTERNET PHONE INSTALLS, INC., QUALITY COMMUNICATIONS, INC., SIERRA COMMUNICATIONS, CO.,<br><br>Defendants. | 2:09-CV-01797-PMP-RJJ<br><br>**<u>ORDER</u>** |

The Court having read and considered Plaintiff's Motion to Strike and Restrain Improper Correspondence from Defendant Cox Communications Las Vegas, Inc. (Doc. #206), Defendant Cox Communications' Response in Opposition thereto (Doc. #210) and Plaintiff's Reply (Doc. #211), and good cause appearing,

**IT IS ORDERED that** Plaintiff's Motion to Strike and Restrain Improper Correspondence from Defendant Cox Communications Las Vegas, Inc. (Doc. #206) is **DENIED**.

DATED: June 20, 2011.

_____
PHILIP M. PRO
United States District Judge