UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSEPH VALDEZ, | |
| Plaintiff, | 2:09-cv-1797-PMP-RJJ |
| vs. | |
| COX COMMUNICATIONS LAS VEGAS INC., | O R D E R |
| Defendant, | |

This matter is before the Court on Plaintiff's Second Motion to Compel the Production of Documents (#165).

The Court having reviewed the Motion (#165), the Responses (#170 & #171), the Replies (#176 & #178), and the Joinder (#177) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Second Motion to Compel the Production of Documents (#165) is **DENIED**.

DATED this   29th   day of September, 2011.


_____
ROBERT J. JOHNSTON
United States Magistrate Judge