# UNITED STATES DISTRICT COURT

DISTRICT OF  Nevada

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

Cox Communications Las Vegas, Inc. et al

Case Number: 2:09-cv-01797-PMP -RJJ

Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☒ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Joseph Valdez  shall recover from Quality Communications, Inc. judgment in the amount of $5,000, inclusive of all costs and attorneys fees.

September 30, 2011

Date

/s/ Lance S. Wilson

Clerk

/s/ Summer Rivera

(By) Deputy Clerk