AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

| | |
|---|---|
| Valdez,<br><br>　　　　　　Plaintiff,<br><br>　　V.<br><br>Cox Communications Las Vegas, Inc. et al.,<br><br>　　　　　　Defendant. | **SECOND AMENDED**<br>**JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 2:09-cv-01797-PMP -RJJ |

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☒ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

　IT IS ORDERED AND ADJUDGED

Joseph Valdez shall recover from Quality Communications, Inc. judgment in the amount of $5,000 for unpaid overtime, plus $5,000 for liquidated damages, plus costs and reasonable attorneys fees.

| | |
|---|---|
| October 12, 2011 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ Summer Rivera |
| | (By) Deputy Clerk |