UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSEPH VALDEZ,<br><br>        Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS LAS VEGAS, INC., et al.,<br><br>        Defendants. | 2:09-CV-01797-PMP-RJJ<br><br>ORDER |

IT IS ORDERED that Defendant Sierra Communications Services, Inc.'s Motion for Partial Summary Judgment on Plaintiff's Claim Under the Fair Labor Standards Act (Doc. #213) is hereby GRANTED.  However, Plaintiff Joseph Valdez's individual claim under the Fair Labor Standards Act remains pending.

IT IS FURTHER ORDERED that Plaintiff Joseph Valdez's Motion to Sever (Doc. #216) and Remand (Doc. #217) is hereby GRANTED.  Plaintiff's second and third causes of action arising under Nevada state law are hereby SEVERED from the Amended Complaint (Doc. #17) and REMANDED to the Eighth Judicial District Court in and for the County of Clark, State of Nevada in Case No. A-09-597433-C.

IT IS FURTHER ORDERED that Defendant Sierra Communications Services, Inc.'s Motion for Judgment on the Pleadings (Doc. #214) is hereby DENIED as moot, without prejudice to renew in the remanded state court proceedings.

DATED:  November 22, 2011

_____
PHILIP M. PRO
United States District Judge