# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

JOSEPH VALDEZ, individually and
on behalf of all others similarly situated,

          Plaintiffs,

vs.

COX COMMUNICATIONS LAS
VEGAS, INC., VIDEO INTERNET
PHONE INSTALLS, INC., QUALITY
COMMUNICATIONS, INC., SIERRA
COMMUNICATIONS, CO.,

          Defendants.

2:09-CV-01797-PMP-RJJ

**<u>ORDER</u>**

The Court having read and considered Defendant Sierra Communication Services, Inc.'s fully briefed Motion for Reconsideration of the Court's November 22, 2011 Order regarding Plaintiff's Motion to Sever and Remand Plaintiff's Claims Under Nevada Law to the Eighth Judicial Court of Nevada (Doc. #319), and good cause appearing,

      **IT IS ORDERED that** Defendant Sierra Communication Services, Inc.'s Motion for Reconsideration (Doc. #319) is **DENIED**.

/ / /

/ / /

1

2

3

4

5

6

7

8

9

10

     **IT IS FURTHER ORDERED that** Plaintiff's Motion to File a Supplement to Plaintiff's Opposition to Sierra's Motion for Reconsideration of the Court's November 22, 2011 Order Regarding Plaintiff's Motion to Sever and Remand Plaintiff's Claims under Nevada Law to the Eighth Judicial District Court of Nevada (Doc. #342) and Defendant Sierra's Motion to File Supplemental Authority (Doc. #343) are **DENIED**.

DATED: April 9, 2012.

_____
PHILIP M. PRO
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26