# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSEPH VALDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COX COMMUNICATIONS OF LAS VEGAS, INC., et al.,<br><br>Defendants. | 2:09-CV-01797-PMP-RJJ<br><br>**ORDER** |

Having read and considered Plaintiff's Objections to Magistrate Judge Robert J. Johnston's September 29, 2011 Order (Doc. #270) denying Plaintiff's Motion to Compel Production of Documents filed October 13, 2011 (Doc. #283), and all responses and replies thereto, and finding that the Order of the Magistrate Judge was not clearly erroneous or contrary to law,

**IT IS ORDERED** that Plaintiff's Objections (Doc. #283) are **OVERRULED** and the Order (Doc. 270) entered by the Honorable Robert J. Johnston, United States Magistrate Judge on September 29, 2011 is hereby **AFFIRMED.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion to File a Supplement in Support of Plaintiff's Objections (Doc. #314) is **DENIED**.

DATED: April 9, 2012.

_____
PHILIP M. PRO
United States District Judge