# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH VALDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COX COMMUNICATIONS OF LAS VEGAS, INC., VIDEO INTERNET PHONE INSTALLS, INC., QUALITY COMMUNICATIONS, INC., SIERRA COMMUNICATIONS, CO.,<br><br>Defendants. | 2:09-CV-01797-PMP-RJJ<br><br>**ORDER** |

On September 30, 2011, Defendant Quality Communications, Inc. filed a Notice of Quality Communications, Inc.'s Second Offer of Judgment and Valdez's Acceptance (Doc. #272). Quality's Second Offer of Judgment fully settled the individual claims of Plaintiff Joseph Valdez against Quality for unpaid overtime and liquidated damages in the total sum of $10,000 plus costs and reasonable attorney's fees accrued on his individual claim only against Quality Communications, Inc. as of September 20, 2011, to be determined by the Court.

On October 14, 2011, the Clerk of Court filed a Third Amended Consent Judgment in favor of Joseph Valdez and against Quality Communications, Inc. reflecting the above settlement (Doc. #284).

On October 31, 2011, Plaintiff filed a Motion to Set Aside Clerk's Judgment (Doc. #292). On November 4, 2011, Plaintiff filed a Motion for Award of Attorney's Fees and Costs against Defendant Quality Communications, Inc. (Doc. #295). On December 5, 2011, Defendant Quality Communications, Inc. filed its Response in Opposition to Plaintiff's Motion to Void Judgment or Alternatively for Sanctions (Doc. #309). Included in that Response were Defendant Quality Communications, Inc.'s Countermotions to Enforce Rule 68 Judgment (Doc. #311) and for Sanctions (Doc. #312).

Having read and considered the foregoing fully briefed Motions,

**IT IS HEREBY ORDERED that**:

1. Plaintiff's Motion to Void Judgment Against Defendant Quality Communications, or Alternatively for Sanctions (Doc. #292) is **DENIED**.

2. To the extent Plaintiff's Motion to Turnover Funds (Doc. #292) seeks payment of $10,000.00 plus interest accruing from September 30, 2011, in accord with the Third Amended Consent Judgment, said Motion is **GRANTED**. Said sums shall be paid by Quality Communications, Inc. to Plaintiff within **fourteen (14) days** of the date of this Order.

3. Plaintiff's Motion for An Award of Attorney's Fees and Costs (Doc. #295) is **GRANTED** to the extent that Defendant Quality Communications, Inc., shall pay to Plaintiff the sum of $50,301.56 as and for attorney's fees and costs in the sum of $2728.60, said sums to be paid by Quality Communications, Inc. to Plaintiff withing **fourteen (14) days** of the date of this Order.

///

4. Defendant Quality Communications, Inc.'s Countermotion to Enforce Rule 68 Judgment (Doc. #311) is **GRANTED** and upon payment of the $10,000.00 Offer of Judgment, interest, attorney's fees and costs ordered above, this action is terminated as between Plaintiff Valdez and Defendant Quality Communications, Inc.

5. Defendant Quality Communications's Motion for Sanctions Pursuant to 28 U.S.C. §1927 (Doc. #312) is **DENIED**.

DATED: April 9, 2012.

_____
PHILIP M. PRO
United States District Judge

3