# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSEPH VALDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COX COMMUNICATIONS OF LAS VEGAS, INC., et al.,<br><br>Defendants. | 2:09-CV-01797-PMP-RJJ<br><br>**ORDER** |

The Court having read and considered Plaintiff's fully briefed Objections to Magistrate Judge Robert J. Johnston's August 31, 2011 Order (Doc. #260) denying Plaintiff's Motion to Compel the Production of Documents and extend the Discovery Deadline in Granting Defendant Cox's Motions for Protective Orders (Doc. #262) filed September 14, 2011, and finding that the Orders of the Magistrate Judge were not clearly erroneous or contrary to law,

**IT IS ORDERED** that Plaintiff's Objections (Doc. #262) are **OVERRULED** and the Order (Doc. 260) entered by the Honorable Robert J. Johnston, United States Magistrate Judge on August 31, 2011 is hereby **AFFIRMED.**

DATED: April 9, 2012.

_____
PHILIP M. PRO
United States District Judge