UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSEPH VALDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COX COMMUNICATIONS OF LAS VEGAS, INC., et al.,<br><br>Defendants. | 2:09-CV-01797-PMP-RJJ<br><br>**ORDER** |

Having read and considered Plaintiff's fully briefed Motion For An Order Directing Disclosure Of The Names And Addresses Of Class Members For The Purposes Of Determining Whether Suitable Representatives Exist For The Class Prosecution Of This Case Under The Fair Labor Standards Act And, In The Event Severance And Remand Is Denied, Nevada State Law, And Tolling The Statute Of Limitations Under The Fair Labor Standards Act (Doc. #238), and the arguments of counsel presented at the hearing conducted on November 22, 2011,

The Court finds that because it has already made a merits-based determination that the collective action in this case should not be certified, thereby obviating the need for the notice requested by Plaintiffs, and good cause appearing,

///

///

**IT IS ORDERED** that Plaintiff's Motion For An Order Directing Disclosure Of The Names And Addresses Of Class Members For The Purposes Of Determining Whether Suitable Representatives Exist For The Class Prosecution Of This Case Under The Fair Labor Standards Act And, In The Event Severance And Remand Is Denied, Nevada State Law, And Tolling The Statute Of Limitations Under The Fair Labor Standards Act (Doc. #238) is **DENIED**.

DATED: April 10, 2012.

---
PHILIP M. PRO
United States District Judge