# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH VALDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COX COMMUNICATIONS LAS VEGAS, INC., VIDEO INTERNET PHONE INSTALLS, INC., QUALITY COMMUNICATIONS, INC., SIERRA COMMUNICATIONS, CO.,<br><br>Defendants. | 2:09-CV-01797-PMP-RJJ<br><br>**ORDER** |

The Court having read and considered a Motion to Intervene by Gregory Landers for Purpose of Appealing the court's Order of April 10, 2012 and its Prior Orders (Doc. #365) filed May 10, 2012, Defendants' Joint Response in Opposition thereto (Doc. #370) filed May 29, 2012 and Lander's Reply (Doc. #373) filed June 13, 2012, and for the reasons set forth in Defendants' Joint Response (Doc. #370),

**IT IS ORDERED** that Gregory Landers' Motion to Intervene (Doc. #365) is **DENIED**.

DATED: June 20, 2012.

_____
PHILIP M. PRO
United States District Judge