1   Malani L. Kotchka
    Nevada Bar No. 0283
2   mkotchka@lionelsawyer.com
    LIONEL SAWYER & COLLINS
3   1700 Bank of America Plaza
    300 South Fourth Street
4   Las Vegas, Nevada 89101
    (702) 383-8888 (Telephone)
5   (702) 383-8845 (Fax)

6   Attorneys for Defendant
    Quality Communications, Inc.
7

8

9                   UNITED STATES DISTRICT COURT

10                       DISTRICT OF NEVADA

11  JOSEPH VALDEZ, individually,           )
                                           )  Case No.  2:09-cv-01797-PMP-RJJ
12                  Plaintiff,             )
                                           )
13  v.                                     )
                                           )  **STIPULATION AND ORDER TO**
14  COX    COMMUNICATIONS    LAS  )           **CONTINUE HEARING ON QUALITY'S**
    VEGAS,  INC.,  VIDEO  INTERNET )          **MOTION FOR CLARIFICATION OR**
15  PHONE INSTALLS, INC., QUALITY  )          **MODIFICATION OF ATTORNEY'S**
    COMMUNICATIONS,     INC.,   and )        **FEE AWARD (DOC. #355)**
16  SIERRA COMMUNICATIONS, CO.,     )
                                           )
17                  Defendants.            )
                                           )
18                                         )
                                           )
19

20          Plaintiff Joseph Valdez and defendant Quality Communications, Inc., by and

21  through their respective counsel of record, hereby request that the hearing on Quality's

22  Motion for Clarification or Modification of Attorney's Fee Award (Doc. #355), currently set

23  for August 7, 2012 at 2:30 p.m., be extended until August 13, 2012 or a date thereafter.  The

24

25

26

27

28
LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

1   reason for the request is that defendant Quality Communications, Inc.'s attorney will be out

2   of town on vacation on August 7, 2012.   Valdez requests that this hearing be reset to

3   September 10, 2012 at 10:00 a.m. or 11:00 a.m. or later that morning.   If that date is

4

5   unavailable, Valdez requests another date at 2:00 p.m. or later.   Quality is agreeable to these

6   proposed hearing dates and times.

7          DATED this 17th day of July, 2012.

8   LIONEL SAWYER & COLLINS          LEON GREENBERG, P.C.

9

10  By:_/s/ Malani L. Kotchka_____          By:_/s/ Leon Greenberg_____
        Malani L. Kotchka                        Leon Greenberg
11      300 South Fourth St., #1700              633 South 4th Street, Suite 4
        Las Vegas, NV  89101                     Las Vegas, NV  89101
12      Phone:  702-383-8888                     Phone:  702-383-6085
        Fax:  702-383-8845                       Fax:  702-385-1827
13
        Attorneys for Defendant Quality          Attorneys for Plaintiff
14      Communications, Inc.

15

16                          **ORDER**

17          Upon receipt and review of the foregoing Stipulation;

18          IT IS HEREBY ORDERED that the hearing set for August 7, 2012 at 2:30

19  p.m. on Quality's Motion for Clarification or Modification of Attorney's Fee Award (Doc.

20  #355) is vacated and shall be reset to _Monday, September 17, 2012, at 2:00 p.m.

21

22

23

24  _____
    UNITED STATES DISTRICT COURT JUDGE
25  THE HONORABLE PHILLIP M. PRO

26  Dated:__ July 19, 2012. _____

27

28

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888