UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| JOSEPH VALDEZ, et al., | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs | ) | Case # 2:09-CV-1797-PMP-NJK |
| | ) | |
| COX COMMUNICATIONS LAS VEGAS, INC., et al., | ) | ORDER REFERRING CASE FOR SETTLEMENTRENCE |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

This case is currently stacked on the Trial Calendar of **Tuesday, November 19, 2013,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Nancy J. Koppe** for a settlement conference.

DATED this 21st day of January, 2013.

PHILIP M. PRO, U. S. DISTRICT JUDGE