1  RICK D. ROSKELLEY, ESQ., Bar # 3192
   MONTGOMERY Y. PAEK, ESQ., Bar # 10176
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:    702.862.8800
   Fax No.:       702.862.8811
5
   Attorneys for Defendant
6  Video Internet Phone Installs, Inc.

7

8                          UNITED STATES DISTRICT COURT

9                                 DISTRICT OF NEVADA

10

11 | JOSEPH VALDEZ, individually and on        | Case No. 2:09-CV-01797-PMP-RJJ
   | behalf of all others similarly situated,  |
12 |                                            | **SATISFACTION OF JUDGMENT AS TO**
   |              Plaintiff,                    | **VIDEO INTERNET PHONE INSTALLS, INC.**
13 |
   | vs.
14 |
   | COX COMMUNICATION LAS VEGAS,
15 | INC., VIDEO INTERNET PHONE
   | INSTALLS, INC., QUALITY
16 | COMMUNICATIONS, INC., SIERRA
   | COMMUNICATIONS SERVICES, INC.,
17 | and  PARADIGM COMMUNICATIONS,
   | INC.,
18 |
   |              Defendants.
19

20

21

22       FOR AND IN CONSIDERATION of sums received from the Defendant VIDEO

23 INTERNET PHONE INSTALLS, INC. (hereinafter "VIP"), Plaintiff JOSEPH VALDEZ

24 (hereinafter "Valdez") hereby acknowledges full satisfaction of the Amended Judgment [Dkt. No.

25 404] and the taxable costs, attorney's fees, and prejudgment interest accrued to date, entered in the

26 above-entitled action on November 14, 2012 in favor of Plaintiff Valdez and against Defendant VIP.

27 / / /

28 / / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Firmwide:116769981.1 063708.1000

1  Based on the acknowledgment above, Plaintiff Valdez hereby authorizes and directs the Clerk of the Court to enter a satisfaction on the record of said Amended Judgment.

Dated: March 13, 2013

/s/ Leon Greenberg
LEON GREENBERG, ESQ.
CHRISTIAN GABROY, ESQ.

Attorneys for Plaintiff
Joseph Valdez

RESPECTFULLY SUBMITTED:

Dated: March 13, 2013

/s/ Montgomery Y. Paek
RICK D. ROSKELLEY, ESQ.
MONTGOMERY Y. PAEK, ESQ.

Attorneys for Defendant
Video Internet Phone Installs, Inc.

2.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Firmwide:116769981.1 063708.1000

# PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada 89169. On March 13, 2013, I served the within document(s):

**SATISFACTION OF JUDGMENT AS TO VIDEO INTERNET PHONE INSTALLS, INC.**

☒   By serving the following parties electronically through CM/ECF as set forth below.

| | |
|---|---|
| Leon Greenberg, Esq.<br>Leon Greenberg Professional Corporation<br>2965 S. Jones Boulevard, Suite E-4<br>Las Vegas, Nevada 89146<br>Attorneys for Plaintiff | Howard E. Cole, Esq.<br>Chantel D. Walker, Esq.<br>Jennifer K. Hostetler, Esq.<br>Lewis and Roca, LLP.<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89109<br>Attorneys for Defendant<br>Sierra Communications Services, Inc. |
| Christian Gabroy, Esq.<br>Gabroy Law Offices<br>170 South Green Valley Parkway, Suite 280<br>Henderson, Nevada 89012<br>Attorneys for Plaintiff | |

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 13, 2013, at Las Vegas, Nevada.

*/s/ Robyn Craig*
_____
Robyn Craig

3.

Firmwide:116769981.1 063708.1000