UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JOSEPH VALDEZ,                          )
                                        )          2:09-CV-01797-PMP-RJJ
            Plaintiff,                  )
                                        )
v.                                      )
                                        )          ORDER
COX COMMUNICATIONS LAS                  )
VEGAS, INC., et al.,                    )
                                        )
            Defendants.                 )
                                        )

            IT IS ORDERED that the parties shall file a joint status report on or before May

23, 2014

DATED:  May 12, 2014

                                        _____
                                        PHILIP M. PRO
                                        United States District Judge