UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

JOSEPH VALDEZ,

        Plaintiff,

vs.

COX COMMUNICATIONS LAS VEGAS, INC., *et al.*,

        Defendants.

Case No. 2:09-cv-01797-PMP-NJK

**ORDER**

Having read and considered Defendant Quality Communications' fully briefed Motion to Reduce Costs Award Judgments (Doc. #464) filed November 6, 2014, and finding that Defendant Quality Communications is not entitled to an award of costs in the amount of $1,459.30 against Appellant Gregory Landers and good cause appearing,

**IT IS ORDERED** that Defendant Quality Communications' Motion to Reduce Costs Award Judgments (Doc. #464) is **DENIED**.

**IT IS FURTHER ORDERED** that this ruling shall not effect the award of costs previously taxed as to Plaintiff/Appellant Joseph Valdez.

DATED: November 12, 2013.

                                              PHILIP M. PRO
                                              United States District Judge