Malani L. Kotchka
Nevada Bar No. 0283
mkotchka@lionelsawyer.com
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
(702) 383-8888 (Telephone)
(702) 383-8845 (Fax)

Attorneys for Defendant
Quality Communications, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOSEPH VALDEZ, individually,

   Plaintiff,

v.

COX COMMUNICATIONS LAS VEGAS, INC., VIDEO INTERNET PHONE INSTALLS, INC., QUALITY COMMUNICATIONS, INC., and SIERRA COMMUNICATIONS, CO.,

   Defendants.

Case No. 2:09-cv-01797-PMP-NJK

**MOTION TO REDUCE COSTS AWARD TO JUDGMENT AGAINST VALDEZ**

  Pursuant to FRCP 69, defendant Quality Communications, Inc. requests that this Court issue a judgment for the costs award in the amount of $1,459.30 against Plaintiff-Appellant

///

///

///

///

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

Joseph Valdez. This motion is based on the attached memorandum of points and authorities.

Respectfully submitted,

LIONEL SAWYER & COLLINS

By: /s/ Malani L. Kotchka
Malani L. Kotchka
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Attorneys for Defendant
Quality Communications, Inc.

## MEMORANDUM OF POINTS AND AUTHORITIES

On March 4, 2014, this Court ordered that costs were taxed against appellant Joseph Valdez in the amount of $1,459.30. Exhibit A. Valdez's counsel Leon Greenberg has indicated that Valdez will not pay the costs voluntarily. Therefore, defendant Quality Communications, Inc. respectfully requests that this Court enter a judgment against Joseph Valdez in the amount of $1,459.30. Upon receipt of the judgment, defendant Quality Communications, Inc. will be able to obtain a writ of execution.

Respectfully submitted,

LIONEL SAWYER & COLLINS

By: /s/ Malani L. Kotchka
Malani L. Kotchka
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Attorneys for Defendant
Quality Communications, Inc.

IT IS SO ORDERED.

*/s/ Philip M. Pro*

PHILIP M. PRO, U.S. District Judge
Dated: December 4, 2014